IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SEAN BURK, by his Next Friend, Mirasol )
Burk, and RYAN TORPHY, by his )
Next Friend John Gonzales, )
)
      Plaintiffs, )
)
v. )
) Civil No. **07-349-MJR**
**STEVE & BARRY'S ILLINOIS, LLC**, and )
**STOLZ MANAGEMENT of** )
**DELAWARE, INC.**, )
)
      Defendants. )

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Compel. **(Doc. 29)**.

Plaintiffs ask the court to deny defendant Steve & Barrys Illinois, LLC's objections to their first set of interrogatories and requests for production, and to order it to respond to their supplemental discovery requests.

On February 15, 2008, the same day that the instant motion was filed, the court granted defendant's motion for an extension of time in which to respond to plaintiff's outstanding discovery requests, i.e., the supplemental requests. **See, Doc. 30**. Thus, the motion is moot insofar as the supplemental requests are concerned.

Defendant has not responded to the motion in regard to its objections to the first set of discovery requests. The time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1.

Upon consideration and for good cause shown, plaintiff's Motion to Compel **(Doc. 29)** is

1

**GRANTED as follows:**

The objections of defendant Steve & Barrys Illinois, LLC, to plaintiffs' initial interrogatories and requests to produce are denied. Defendant shall answer plaintiffs' initial interrogatories and produce the documents requested in plaintiffs' initial set of requests to produce by **March 28, 2008.**

**IT IS SO ORDERED.**

**DATE: March 10, 2008.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**